# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

10:02 am, 2/20/24

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff,

vs.

Case Number: L:23-PO-01033-SAH-1

Pierce B Brosnan

Defendant.

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only              ☑ This was a Telephonic Hearing

Date: 02/20/2024    Time: 1:31-1:36          (Telephonic)

| Stephanie A. Hambrick | Jessica Jarvis | TEAMS | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| | |
|---|---|
| U.S. Marshal | U.S. Probation Officer |

Attorney(s) for Defendant(s)    Karl Knuchel

Attorney(s) for Government    Ariel Calmes

Other:

Status Conference held.  Counsel notified of date/time of next hearing.

WY 51

Rev. 07/18/2023