KARL KNUCHEL
WEBSTER CRIST
**Karl Knuchel, P.C.**
101 N. E St., PO Box 953
Livingston, MT
(406) 222-0135
Karl@knuchelpc.com
Webster@knuchelpc.com

## IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. L: 23-PO-01033-SAH |
| ) | |
| v. ) | **Motion to Continue Change of Plea Hearing** |
| ) | |
| PIERCE BROSNAN, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the Defendant, Pierce Brosnan, by and through his attorney of record, Karl Knuchel, and hereby files this Unopposed Motion to Continue the Change of Plea Hearing currently set for March 14, 2024, at 10:00 a.m.

Ariel Calmes, attorney for the Plaintiff, has been contacted and does not oppose this Motion, but will not be available until after April 14, 2024.

WHEREFORE, Defendant respectfully requests that the Change of Plea Hearing set for March 14, 2024, be continued until the Court's next available date after April 14, 2024.

DATED this __12ᵗʰ__ day of March, 2024.

By_____
KARL KNUCHEL

## CERTIFICATE OF SERVICE

I hereby certify that I served a full, true and accurate copy of the foregoing document on Tuesday, March 12, 2024, to the following named person:

    __X__             by e-service

    _____        by personal service

    _____        by depositing a copy of same in the mail box maintained at the Clerk of Court's office in the Park County Courthouse in Livingston, Montana for the following attorney

    _____        by FAX to the following FAX number

    _____         by depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

Ariel Calmes
Dick Cheyney Federal Building
100 East B Street, Suite 2211
Casper, WY 82601