# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



10:37 am, 3/14/24

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| vs <br> PIERCE B BROSNAN <br> Defendant | Case Number   L:23-PO-01033-SAH-1 |
| Violation Charged: (1) Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails (2) Violating closures and use limits | Citation Number  (1)(E1480946)  (2)(E1480947) |

Date Violation Notice Issued   11/01/2023         Place   WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  10:00-10:34                               Interpreter
Date  March 14, 2024                            Interpreter Telephone

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on
☑ Appeared    ☑ By telephone
             ☑ Voluntarily    ☐ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given
☑ Attorney appearing    Karl G Knuchel
          ☐ FPD    ☐ PANEL-CJA    ☑ RETAINED
☐ Attorney waived

☐ Court orders case continued to                     at
   reason:

☐ Bail is set at
          ☐ P/R-No Amount    ☐ Unsecured    ☐ Cash/Surety
☐ Conditions of release

WY 59                                                Rev. 03/13/2024

Petty Offenses/Misdemeanors Minute Sheet
L:23-PO-01033-SAH-1

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
   This consent was made   ☐ orally      ☐ in writing

☑ Informed of charges and rights          Date  March 14, 2024
☑ Defendant arraigned                     Date  March 14, 2024
☑ Court accepts plea          Defendant enters ☑ Guilty          ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
   ☐ Not Guilty
   ☑ Guilty              E1480946
   ☑ Dismissed           E1480947 without prejudice
   ☐ Collateral Forfeited
   ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence       Date  March 14, 2024
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
      ☐ With Supervision     ☐ Without Supervision
☐ Special Conditions of Probation

☑ Fine          500.00          Payable to CVB by 04/01/2024
☐ Restitution                   To
☑ Community Service  1000.00    To      Yellowstone Forever by 04/01/2024
☑ Special Assessment   10.00
☑ Processing fee: $   30.00
☑ Defendant advised of right to appeal
☑ Other  Written judgment to follow.